**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6628

CHRISTOPHER WEST,

Plaintiff – Appellant,

v.

DIRECTOR WILLIAM R. BYARS, JR., in his individual and official capacity as corrections employees of the State of South Carolina, Kerhsaw State Prison; WARDEN CECILIA REYNOLDS, in her individual and official capacity as corrections employees of the State of South Carolina, Kershaw State Prison; ASSOCIATE WARDEN JERRY WASHINGTON, in his individual and official capacity as corrections employees of the State of South Carolina, Kershaw State Prison; MAJOR DARREN SEWARD, in his individual and official capacity as corrections employees of the State of South Carolina, Kershaw State Prison; CAPTAIN DANIEL DUBOSE, in his individual and official capacity as corrections employees of the State of South Carolina, Kerhsaw State Prison; LIEUTENANT CLAUDE POWELL, in his individual and official capacity as corrections employees of the State of South Carolina, Kershaw State Prison; SERGEANT KRISTOPHER SWEET, in his individual and official capacity as corrections employees of the State of South Carolina, Kershaw State Prison; CORPORAL JEREMY TARLTON, in his individual and official capacity as corrections employees of the State of South Carolina, Kershaw State Prison; OFFICER LAWRENCE TAYLOR, in his individual and official capacity as corrections employees of the State of South Carolina, Kershaw State Prison; NURSE LUANNE MUNGO, in her individual and official capacity as corrections employees of the State of South Carolina, Kershaw State Prison,

Defendants – Appellees.

Appeal from the United States District Court for the District of South Carolina, at Orangeburg. David C. Norton, District Judge. (5:13-cv-00981-DCN)

---

Submitted: December 17, 2015          Decided: December 21, 2015

---

Before DIAZ and HARRIS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Christopher West, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher West appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. The district court referred this case to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that relief be denied and advised West that failure to file timely objections to this recommendation could waive appellate review of a district court order based upon the recommendation.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned of the consequences of noncompliance. Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see Massey v. Ojaniit, 759 F.3d 343, 352 (4th Cir. 2014). West has waived appellate review by failing to timely file objections after receiving proper notice. Accordingly, we affirm the judgment of the district court.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3